1.)

"United States District Court"

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 1998
JAMES W. McCORMACK, CLERK
By: [illegible]
CLERK

5-28-98

Theodis Anderson #103659 Plaintiff
v.
G. David Guntharp, et al. No: B-C-97 Defendant

To: The Honorable Henry L. Jones Jr., Magistrate Judge

Amended Complaint

This document is in concern to a reply that was sent to me from the District Court of the United States. Which it states that there is to be a amended complaint submitted in this case. In this brief I will outline the legal implications, statutes of law, and cite cases that are similar to this act. I'm in contention to show deliberate indifference has been exercised

9

2.)

towards me in this case. Whereas my medical injuries has been neglected in this matter of tring to obtain proper medical attention. I've took the proper steps in tring to resolve this matter appropriately. But to no avail has any of the medical staff helped to obtain the proper answers to my problem. I have had medical problems dealing with my knees, back, and feet to be specific. Which are in my medical jacket at this point. I've recently been medically reclassified in violation of the policy of this agency. Up to now, I have been medically classified (M-3), poor medical/physical condition, with restriction on my work habits. Now, I have been put back to the point of (M-1), no restrictions by a physician who has not preformed a proper physical on me. I've tried to have these individuals who work for the infirmary staff to have another look into my physical injuries, but they refuse to because of Dr. Rowe stating in the report to not see me for any of my problems. Note: He has been fired upon the neglegents of his other cases and fired for his wrongful diagnosis.

3)

Now that the infirmary will not honor my present diagnosis, and the staff will not honor my injuries, I must resort to these measures that will get some results. I've submitted so many request to be seen, and they are not giving me any chance to get to see the doctor in this case. This is a prime example of the "Estelle v. Gamble" case which shows medical negligents on the part of the medical staff. According to the "Administrative Regulation of the State of Arkansas medical Services" dealing with inmates: It states "Section (4) pgh (A) shows personnell should provide a full range of prevention, evaluation, and treatment of dental, medical, and mental disorders. (Sect. 833).

In addition, Section (6) pgh (I) states "that each service shall have formal lines of communication with the Warden/Center Supervisor to ensure proper notification concerning health needs, health care reccomendations and incidents relating to health care services. This line of communication shall also provide for reguler meetings to resolve problems + conflicts." This will also ensure that each individual will be properly treated by staff without discriminating against

4.)

any person regardless of race, creed, or color and national origin. As in McDonnell v. State, and Willits v. Williams, "the efforts of the medical staff must show that they have done everything possible for the individual in question". I have a number of sick call strips that I have submitted since I have filed this action. In this situation, I also fell & reinjured my back since my first complaint. In the (ADC) Arkansas Dept. of Corrections, it is not policy to wear tennis shoes, or canvas shoes on outside work. I was presently (M-3) assigned before I went to see Dr. Rowe in this case. When I saw Dr. Rowe, he gave me the (M-1) medical class without a proper diagnosis. When I got back to the unit where I was being housed, (Calico Rock) the nurses informed me in their reports that Dr. Rowe said not to see me about my medical problems. This is definitely a violation of a prisoners rights to be subjected to medical attention. I aslo feel that this is in concern to retalitory conduct dealing with this suit that has been filed. I informed the medical staff of my inability to work in the field

5.)

with the medical disabilities that I have. A nurse by the name of Bob stated that he could not help me because of what I have wrote to them. I have scripts that shows where I was being treated at first for my medical problems. I had surgery on my back in the world, and I notified the Doctor of this also. Still he did not take heath of my complaints. Now that the (ADC) Administration has knowledge of this delimma, I hope that there will be a positive solution to this problem at hand. I had to go to work in order to speak to my supervisor about this problem that I am facing. On one of the work days I was escorted to the infirmary by a officer at sally-port. Then I was assaulted by a officer who slammed the gate on my back, and foot, The next day I went out, they were using sling blades. I fell out on the job and was carried in by the officers to the infirmary. And still there was nothing done to ensure my safety as a inmate. Officer J. Moss was a witness to them not letting me into the infirmary for any kind of treatment. Whereas I do have serious medical needs.

6.)

Then again, Nurse Amy told me that Dr. Rowe said not to treat me at all. At the time, I had been set up to see the ortho Doctor about my feet. I had been fitted for my shoes, when I was called to the infirmary, I was told that I would be reevaluated, and not recieve my shoes. Even after I was approved for this, they took it away.

In conclusion, I know that this is not a proper way of conducting medical services upon any individual. So I contend that the Courts Grant me the Opportunity to proceed to trial for the purpose of showing a deliberate indifference against the medical staff here at this unit. I've been subjected to action that do not accomidate policy, and violates my Constitutional rights as a prisoner of the Arkansas Dept. of Corrections.

Respectfully Submitted

Theodis Anderson #103659
North Central Unit
H.C. 62 Box 300
Calico Rock, Ark.
72519-0300

CC:

**AFFIDAVIT**

6/1 SW/J

STATE OF ARKANSAS )
COUNTY OF Izard )

3-C-97-68

I, Theodis Anderson, after first being duly sworn, do hereby swear, depose and state that: This document is true to the best of my knowledge.

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

NAME: Theodis Anderson

DATE: 5-28-98

Theodis Anderson
SIGNATURE

Subscribed and sworn to before me this 28th day of May, 1998

Marvin A. Baird, Jr.
NOTARY PUBLIC

My Commission Expires: July 28, 2003

ADC-CDC-1402

Mr. Theodis Anderson #103659
North Central Unit
H.C. 62 Box 300
Calico Rock, Ark.
72519-0300

CALICO ROCK
MAY 29 '98
AR




legal mail

United States District Court
600 W. Capitol Avenue
Clerks Office
Suite 402
Little Rock, Ark. 72201-3325

72201/3325